# PARKER HANSKI LLC

40 WORTH STREET, 10TH FLOOR
NEW YORK, NEW YORK
PHONE:
FAX:
Contact@

> Application granted. The time for the parties to file the order and stipulation or defendant's response to plaintiff's pre-motion letter request is extended to 3/9/2021.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> March 3, 2021

<u>Via ECF</u>
The Honorable Philip M. Halpern
United States District Judge
Southern District of New York

    **Re:** *Katarzyna Cichon v. Post Road Plaza Fee LLC*

        **<u>Docket No. 7:19-cv-08582 (PMH)(PED)</u>**

Dear Judge Halpern:

    We represent the plaintiff in the above-entitled action. We write to respectfully ask the Court for a brief one-week extension from March 2, 2021 to March 9, 2021 to the deadline for the parties to submit a Stipulation and Order regarding the proposed Amended Complaint. The reason for this request is because the parties have made substantial progress toward narrowing the issues for clarification but require the additional time to review proposed modifications to the amended complaint. This is the second application to extend this deadline and all parties consent. Thank you for your time and attention to this matter. With kindest regards, I am

                        very truly yours,

                        /s/
                      Glen H. Parker, Esq.